1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8   MICHAEL MUTHEE MUNYWE,

9                              Petitioner,          CASE NO.  3:23-cv-05965-TSZ-BAT

10          v.                                      **ORDER GRANTING
                                                    APPLICATION TO PROCEED *IN***
11   ROB JACKSON,                                   ***FORMA PAUPERIS***

12                              Respondent.

13          Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application

14   seeking leave to proceed *in forma pauperis*.  The Court GRANTS Petitioner's application to

15   proceed, Dkt.4. The Clerk is directed to file petitioner's petition for writ of habeas corpus

16   without the prepayment of fees.  The Clerk shall also provide a copy of this Order to Petitioner.

17          DATED this 6th day of November, 2023.

18

19                                          _____

20                                          BRIAN A. TSUCHIDA
                                            United States Magistrate Judge
21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1