UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL MUTHEE MUNYWE,

        Petitioner,

v.

ROB JACKSON,

        Respondent.

C23-5965 TSZ BAT

ORDER

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and petitioner's objection thereto, the Court finds and ORDERS:

(1) Petitioner's motion to strike and sanction respondent, docket no. 19, is DENIED.

(2) The Report and Recommendation, docket no. 18, is ADOPTED.

(3) The petition for writ of habeas corpus, docket no. 6, is DENIED, the case is DISMISSED with prejudice, and a certificate of appealability is DENIED.

(4) The Clerk is DIRECTED to send a copy of this Order to all counsel of record, to petitioner pro se, and to Judge Tsuchida.

IT IS SO ORDERED.

Dated this 16th day of May, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 1